(No. 5206—

JOHN C. TULLY COMPANY, A Corporation and MICHAEL PONTARELLI, INC., A Corporation, Claimants, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed April 27, 1971.*

HARRY M. BROSTOFF and DONALD J. O'BRIEN, JR., Attorneys for Claimants.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

The instant cause was filed in December of 1964 as a result of a dispute over a construction contract under which the claimants were joint venturers. The parties have entered a stipulation in which they agreed that the respondent was liable for damages as to certain counts in the complaint. The respondent acknowledged its liability therein to the extent of $271,192.00 in return for which the

claimants agreed to waive, release and relinquish any and all claims presented under this cause;

IT IS HEREBY ORDERED that the sum of $271,192.00 be awarded to claimants in full satisfaction of any and all claims presented to the State under case No. 5206.